# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 18, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

154029(58)

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

GREGORY LAMONT GLENN, JR.,
          Defendant-Appellant.

_____/

SC: 154029
COA: 325640
Wayne CC: 14-006694-FH

       On order of the Chief Justice, the motion of defendant-appellant to extend the time for filing his reply in support of the superseding application for leave to appeal is GRANTED. The reply submitted on October 11, 2016, is accepted for filing.



       I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 18, 2016



Clerk